United States Courts
Southern District of Texas
ENTERED

FEB 1 4 2001

Michael N. Milby, Clerk

JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION
FILED

Oct. 31, 2000

MICHAEL J. BECK
CLERK OF THE PANEL

DOCKET NO. 875 H 00-3644

3113

BEFORE THE JUDICIAL PANEL ON MULTIDISTRICT LITIGATION

IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

(SEE ATTACHED SCHEDULE)

FILED
NOV 20 2000
MICHAEL E. KUNZ, Clerk
___ Dep. Clerk

CONDITIONAL TRANSFER ORDER (CTO-183)

On July 29, 1991, the Panel transferred 22,003 civil actions to the United States District Court for the Eastern District of Pennsylvania for coordinated or consolidated pretrial proceedings pursuant to 28 U.S.C. §1407. Since that time, more than 66,626 additional actions have been transferred to the Eastern District of Pennsylvania. With the consent of that court, all such actions have been assigned to the Honorable Charles R. Weiner.

appears that the actions listed on the attached schedule involve questions of fact which are common to the actions previously transferred to the Eastern District of Pennsylvania and assigned to Judge Weiner.

Pursuant to Rule 7.4 of the Rules of Procedure of the Judicial Panel on Multidistrict Litigation, 192 F.R.D. 459, 468-69 (2000), the actions on the attached schedule are hereby transferred under 28 U.S.C. §1407 to the Eastern District of Pennsylvania for the reasons stated in the opinion and order of July 29, 1991, 771 F.Supp. 415, as corrected on October 1, 1991, October 18, 1991, November 22, 1991, December 9, 1991, January 16, 1992, and March 5, 1992, and with the consent of that court, assigned to the Honorable Charles R. Weiner.

This order does not become effective until it is filed in the office of the Clerk of the United States District Court for the Eastern District of Pennsylvania. The transmittal of this order to said Clerk shall be stayed fifteen (15) days from the entry thereof and if any party files a notice of opposition with the Clerk of the Panel within this fifteen (15) day period, the stay will be continued until further order of the Panel.

FOR THE PANEL:

Michael J. Beck
Michael J. Beck
Clerk of the Panel

Inasmuch as no objection is
pending at this time, the
stay is lifted.

NOV 1 6 2000

CLERK'S OFFICE
JUDICIAL PANEL ON
MULTIDISTRICT LITIGATION

A TRUE COPY CERTIFIED TO FROM THE RECORD
DATED 12/06/00

```
                                                    JUDICIAL PANEL ON
                                                   MULTIDISTRICT LITIGATION
                                                          FILED

                                                       Oct. 31, 2000

                                                    MICHAEL J. BECK
                                                    CLERK OF THE PANEL
```

# SCHEDULE CTO—183 — TAG ALONG CASES
# DOCKET NO. 875
# IN RE ASBESTOS PRODUCTS LIABILITY LITIGATION (NO. VI)

| DISTRICT DIV CIVIL ACTION# | DISTRICT DIV CIVIL ACTION# | DISTRICT DIV CIVIL ACTION# |
|---|---|---|
| ARIZONA | SC 2 00-3061 | TXN 4 00-1609 |
| AZ 4 00-595 | SC 2 00-3062 | TXN 4 00-1610 |
|  | SC 2 00-3063 | TXN 4 00-1611 |
| CALIFORNIA EASTERN | SC 2 00-3082 | TXN 4 00-1612 |
| CAE 2 00-1943 | SC 2 00-3084 | TXN 4 00-1613 |
|  | SC 2 00-3085 | TXN 4 00-1614 |
| ILLINOIS NORTHERN | SC 2 00-3252 | TXN 4 00-1615 |
| ILN 1 00-6295 | SC 2 00-3272 | TXN 4 00-1619 |
|  | SC 2 00-3294 |  |
| INDIANA NORTHERN | SC 2 00-3295 | TEXAS SOUTHERN |
| INN 2 99-566 | ~~SC 2 00-3042~~ opposed 11/15/00 | TXS 2 00-358 |
|  |  | TXS 4 00-3506 |
| KANSAS | TEXAS NORTHERN | TXS 4 00-3507 |
| KS 2 00-2446 | TXN 4 00-1570 | TXS 4 00-3630 |
|  | TXN 4 00-1571 | TXS 4 00-3644 |
| MARYLAND | TXN 4 00-1572 | TXS 4 00-3645 |
| MD 1 00-2990 | TXN 4 00-1573 | TXS 4 00-3646 |
|  | TXN 4 00-1574 | TXS 4 00-3647 |
| MISSOURI WESTERN | TXN 4 00-1575 | TXS 4 00-3648 |
| MOW 4 00-986 | TXN 4 00-1576 | TXS 4 00-3649 |
|  | TXN 4 00-1577 | TXS 4 00-3668 |
| MONTANA | TXN 4 00-1578 | TXS 4 00-3684 |
| ~~MT 2 00-184~~ opposed 11/6/00 | TXN 4 00-1579 |  |
|  | TXN 4 00-1580 | VIRGINIA EASTERN |
| NORTH CAROLINA MIDDLE | TXN 4 00-1581 | VAE 2 00-3826 |
| NCM 1 00-1006 | TXN 4 00-1582 | VAE 2 00-3827 |
| NCM 1 00-1020 | TXN 4 00-1583 | VAE 2 00-3828 |
|  | TXN 4 00-1584 | VAE 2 00-3829 |
| NORTH CAROLINA WESTERN | TXN 4 00-1585 | VAE 2 00-3830 |
| NCW 3 00-507 | TXN 4 00-1586 | VAE 2 00-3831 |
| NCW 3 00-511 | TXN 4 00-1587 | VAE 2 00-3832 |
|  | TXN 4 00-1588 | VAE 2 00-3833 |
| NEW YORK EASTERN | TXN 4 00-1589 | VAE 2 00-3834 |
| NYE 1 00-5434 | TXN 4 00-1590 | VAE 2 00-3835 |
| NYE 1 00-5518 | TXN 4 00-1591 | VAE 2 00-3836 |
| NYE 1 00-5520 | TXN 4 00-1592 | VAE 2 00-3837 |
| NYE 1 00-5522 | TXN 4 00-1593 | VAE 2 00-3838 |
| NYE 1 00-5523 | TXN 4 00-1594 | VAE 2 00-3839 |
| NYE 1 00-5524 | TXN 4 00-1595 | VAE 2 00-3840 |
| NYE 1 00-5664 | TXN 4 00-1596 | VAE 2 00-3841 |
| NYE 1 00-5666 | TXN 4 00-1597 | VAE 2 00-3842 |
| NYE 1 00-5845 | TXN 4 00-1598 | VAE 2 00-3843 |
| NYE 1 00-5846 | TXN 4 00-1599 | VAE 2 00-3844 |
| NYE 1 00-5847 | TXN 4 00-1600 | VAE 2 00-3845 |
| NYE 1 00-5848 | TXN 4 00-1601 | VAE 2 00-3846 |
|  | TXN 4 00-1602 | VAE 2 00-3847 |
| SOUTH CAROLINA | TXN 4 00-1603 | VAE 2 00-3848 |
| SC 2 00-3051 | TXN 4 00-1604 | VAE 2 00-3849 |
| SC 2 00-3052 | TXN 4 00-1605 | VAE 2 00-3850 |
| SC 2 00-3056 | TXN 4 00-1606 | VAE 2 00-3851 |
| SC 2 00-3057 | TXN 4 00-1607 | VAE 2 00-3852 |
| SC 2 00-3058 | TXN 4 00-1608 | VAE 2 00-3853 |