## IN THE UNITED STATES DISTRICT COURT
## FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **LELAND HAND** § | CIVIL ACTION NO. |
| **PLAINTIFF** § | |
| § | 2:07-cv-73777-JG |
| **v.** § | |
| § | |
| **NORFOLK SOUTHERN RAILWAY CO.,** § | |
| **DEFENDANT** § | |

-------------------------------------------------------x

Transferred From

## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF TEXAS, HOUSTON DIVISION

| | | |
|---|---|---|
| **LELAND HAND** § | CIVIL ACTION NO. |
| **PLAINTIFF** § | |
| § | |
| **v.** § | H-00-3644 |
| § | |
| **NORFOLK SOUTHERN RAILWAY CO.** § | |
| **DEFENDANT** § | |

## <u>ORDER</u>

Pursuant to stipulation of the parties:

IT IS HEREBY ORDERED that the claims of the Plaintiff LELAND HAND in the

above-entitled action be, and the same today, are dismissed with prejudice on the merits and

without costs to either party.

SO ORDERED this ____ day of _____, 2008.

_____
District Judge

5061730v.1 102170/00033